IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 24-00068-01-CR-W-HFS |
| JAYON KIMBREL, | ) ) ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

On February 25, 2025, Defendant Jayon Kimbrel appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to the lesser included offense contained within Count One of the indictment. Docs. 38, 40. The lesser included offense charges Defendant with possession with intent to distribute an amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Doc. 40. Defendant executed a consent of entry of a felony guilty plea before a magistrate judge. Doc. 39.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE:  February 25, 2025          /s/ W. Brian Gaddy
                                  W. BRIAN GADDY
                                  UNITED STATES MAGISTRATE JUDGE